**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                              Case No. 11-36006

    RICHARD F HESS
    JEAN L HESS
         Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/01/2011.

2) The plan was confirmed on 01/19/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/03/2013.

5) The case was dismissed on 06/28/2013.

6) Number of months from filing to last payment: 23.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $35,200.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $15,140.00 | |
| Less amount refunded to debtor | $820.00 | |
| **NET RECEIPTS:** | | **$14,320.00** |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $556.79 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,056.79** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCELERATED REHAB CENTERS | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST MIDWEST HEALTH | Unsecured | 2,123.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE RECEIVABLES MGMT | Unsecured | 7,797.00 | NA | NA | 0.00 | 0.00 |
| AM CRED & COL | Unsecured | 781.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Secured | 16,358.00 | 16,284.83 | 16,284.83 | 9,365.33 | 897.88 |
| AMERILOAN | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| BOLINGBROOK ANESTHESIA | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| BRYANT STATE BANK | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 8,909.00 | 9,095.88 | 9,095.88 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 11,367.00 | 16,085.25 | 16,085.25 | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY INC | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| CHATEAU VILLAGE NURSING AND R | Unsecured | 1,547.00 | 1,546.93 | 1,546.93 | 0.00 | 0.00 |
| CHICAGO TRIBUNE | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| CREDIT RECOVERY INC | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 621.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| EQUABLE ASCENT FINANCIAL | Unsecured | 935.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL FREEDOM | Secured | 14,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT CARD | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| GARY RODGERS DDS | Unsecured | 1,393.00 | NA | NA | 0.00 | 0.00 |
| GREAT SKY CASH | Unsecured | 100.00 | 112.00 | 112.00 | 0.00 | 0.00 |
| GS FINANCE 2 | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HINSDALE MANOR CARE | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HINSDALE MANOR CARE | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| HINSDALE SURGICAL CENTER | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| HLG ANESTHESIOLOGY ASSOC | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| HLG ANESTHESIOLOGY ASSOC | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| LAGRANGE MEMORIAL HOSPITAL | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,138.00 | 935.49 | 935.49 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,063.00 | 1,037.96 | 1,037.96 | 0.00 | 0.00 |
| MIDWEST REGION SLEEP PROGRAM | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| OMNI CREDIT SVCS OF SE FLORIDA | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS BILLING OFFICE | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| SIGN MY LOAN | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 743.00 | 742.84 | 742.84 | 0.00 | 0.00 |
| TD BANK USA NA | Unsecured | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 |
| TEDS LAWN CARE | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| US FAST CASH | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 1,063.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,284.83 | $9,365.33 | $897.88 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,284.83** | **$9,365.33** | **$897.88** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$29,557.35** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,056.79 |
| Disbursements to Creditors | $10,263.21 |
| **TOTAL DISBURSEMENTS** : | **$14,320.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/10/2014                    By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**